**Order entered October 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00719-CV

## PATRICIA MONZINGO, INDIVIDUALLY AND AS NEXT FRIEND OF W.J. M., A MINOR, AND MADISON MONZINGO, Appellants

## V.

## JOHN WOODROW FLORIES, SOUTHWESTERN BELL TELEPHONE COMPANY, A T&T COMMUNICATIONS OF TEXAS, LLC, AT&T CORP., ET AL., Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-06028

### ORDER

The clerk's record is overdue. By postcard dated August 31, 2022, we notified the Dallas County District Clerk that the clerk's record was overdue and directed the clerk's record to be filed within thirty days. By order dated October 4, 2022, we ordered the Dallas County District Clerk to file either the clerk's record or written verification appellant had not paid for or made arrangements to pay for

the clerk's record within fifteen days. To date, the Dallas County District Clerk has failed to comply with this Court's orders.

So that this appeal can proceed, we again **ORDER** the Dallas County District Clerk to file, by **November 11, 2022**, either the clerk's record or written verification appellant had not paid for or made arrangements to pay for the clerk's record. We **CAUTION** the Dallas County District Clerk that if the record is not filed by the date specified, we may utilize available remedies to obtain the clerk's record in this case.

We **DIRECT** the Clerk of the Court to send a copy of this order to:

Felicia Pitre
Dallas County District Clerk

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE